FILED
SEP 15 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONA M. COSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11 1668 |
| ) | |
| CONGRESSIONAL FEDERAL CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiffs' applications to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the applications, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that a deceased relative left her an inheritance, the amount of which she does not know. Compl. at 1. She is "requesting that the truth come out." *Id.* The complaint fails to comply with Rule 8(a) because it neither states a claim of entitlement to relief or makes a demand for any particular relief. Insofar as plaintiff's claim deals with the disposition of property after a person's death, it is doubtful that this Court has subject matter jurisdiction. Accordingly, the complaint will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

_____
United States District Judge
J. Boasberg

DATE: 9/13/11